IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLOBAL ORDNANCE, LLC; GLOBALMILITARY PRODUCTS, INC.; and XL SPECIALTY INSURANCE COMPANY, as Subrogated Insurer of Globalordnance, LLC and Globalmilitary Products, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> EVANS DELIVERY COMPANY, INC. d/b/a ALL POINTS TRANSPORT, <br><br> Defendant. | CIVIL ACTION NO.: 4:23-cv-190 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiffs and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this lawsuit.  (Doc. 41.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 23rd day of July, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA